# United States Court of Appeals
# for the Federal Circuit

———————————————

December 17, 2015

**ERRATA**

———————————————

Appeal No. 2015-1453

**IN RE: THOMAS L. DISTEFANO, III**

Decided: December 17, 2015
Precedential Opinion

———————————————

Please make the following change:

Page 11 delete "Costs
    Costs awarded to Appellant."